## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOEL LEON CARL                     :              CIVIL ACTION
           Plaintiff          :
                        :
       v.                          :
                        :
THE CITY OF PHILADELPHIA           :              NO. 02-2904

           Defendant

## ORDER

**AND NOW**, this    day of OCTOBER, 2002, I **ORDER** that the plaintiff shall have until November 7TH, 2002 to submit an amended complaint.


_____
ANITA B. BRODY, J.


Copies **FAXED** on ____ to:     Copies **MAILED** on _____ to: