**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| Joel Leon Carl | : | |
| | : | |
| | : | |
| v. | : | 02-cv-2904 |
| | : | |
| | : | |
| | : | |
| The City of Philadelphia | : | |
| | : | |

**ORDER**

AND NOW, this        day of November 2002, it is **ORDERED** that the

plaintiff's Amended Complaint (Docket Entry #10) is **DISMISSED WITH PREJUDICE** for

lack of subject matter jurisdiction because the Amended Complaint states claims for violations of

Pennsylvania law only, and therefore supplemental jurisdiction does not exist over the plaintiff's

complaint. It is further **ORDERED** that the defendants' motion to dismiss the claims of the

plaintiff (Docket Entry # 2) is **DENIED AS MOOT**. If the plaintiff pursues his state claims, he

must file his complaint in the state court within thirty days from the date of this Order. 28 U.S.C.

§ 1367.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:        Copies **MAILED** on _____ to: